In the Matter of HERMAN J. WITTSTEIN, an Attorney, Respondent.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

EDWARD JOCKERS, Appellant, v. R. E. CARRICK Co., INC., and JAMES STEWART Co., INC., Respondents.— Motion to permit the appeal to be heard on the record on appeal before the Appellate Term and for other relief granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

HOWARD J. KRAMER, Respondent, v. GENEVIEVE KRAMER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. HOWARD J. KRAMER, Appellant, v. GENEVIEVE KRAMER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

SALVATORE LAURICELLA and LILLIAN LAURICELLA, Respondents, v. PHILADELPHIA DAILY NEWS, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

RICHARD L. LEE and Another, Respondents, v. ROBERT E. HILL and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MALBA ASSOCIATION, Appellant, v. ALBERT B. FERGUSON, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

FRANK MANGANO, Plaintiff, v. SUNBRIGHT STEAM LAUNDRY Co., INC., Appellant, and AMERICAN EMPLOYERS' INSURANCE COMPANY OF BOSTON, MASS., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MATTIE MERRILL, as Administratrix, etc., of HUGH MERRILL, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

HENRY PERKOWSKI, an Infant, by JOSEPH PERKOWSKI, His Guardian ad Litem, and JOSEPH PERKOWSKI, Appellants, v. THE MOREY-LA RUE LAUNDRY Co., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.